# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Imhotep Jordan, Jr

**V.**

Dana M Sabraw

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 11CV2037-BTM-WMC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is Dismissed sua sponte without prejudice for failing to pay the $350 filing fee or file a Motion to Proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a). It is further Ordered that Plaintiff's Complaint is Dismissed as frivolous pursuant to 28 U.S.C. § 1915A.

| October 7, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON October 7, 2011 |